IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-269-BR
No. 5:16-CV-233-BR

| | |
|---|---|
| YVANTZ PIERRE, )  | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on review of the docket in this case. It is hereby ORDERED that this matter be placed in abeyance pending the Fourth Circuit's decision in <u>United States v. Simms</u>, No. 15-4640 (4th Cir. 2016).

This 14 January 2019.

_____
W. Earl Britt
Senior U.S. District Judge